**RECEIVED**

JUL 26 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DERRICK MORRIS,<br>    Petitioner | CIVIL ACTION<br>SECTION "P"<br>NO. 1:12-cv-01274 |
| VERSUS | |
| WARDEN, FCI-POLLOCK,<br>    Respondent | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Morris' Section 2241 petition is DISMISSED WITHOUT PREJUDICE for lack of exhaustion.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 27th day of July, 2012.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE